IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BANK OF MONGOLIA,

    **Plaintiff,**

    v.

M&P GLOBAL FINANCIAL
SERVICES, INC.; M&P GLOBAL
FINANCIAL SERVICES EUROPE, AG;
BURTON D. GREENBERG;
JOEL E. GREENBERG;
STONELEIGH INTERNATIONAL LIMITED;
JAMES R. HALPERIN; AND
GEORGE E. CHALMERS,

    **Defendants.**

CASE NO.08-CV-60623
Dimitrouleas-Snow

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, BANK OF MONGOLIA ("BOM"), by and through undersigned counsel, hereby files this Notice of Filing Affidavit of Service and supporting documents as exhibits, as to service upon Defendant, Senol Taskin.

Dated: February 19, 2010

MILBANK, TWEED, HADLEY,
& MCCLOY LLP
Counsel for Plaintiff
1850 K Street, N.W.,
Suite 1100
Washington, D.C. 20006
Ph:  (202) 835-7547
Fax: (202) 263-7547
Michael D. Nolan
MNolan@milbank.com

Edward G. Baldwin
EBaldwin@milbank.com


ATKINSON, DINER, STONE
MANKUTA & PLOUCHA, P.A.
Co-Counsel for Plaintiff
100 S.E. 3rd Avenue, Suite 1400
Ft. Lauderdale, FL  33394
Ph:   (954) 925-5501
Fax: (954) 920-2711


 /s/ Jose M. Sanchez
DAVID B. MANKUTA
FLORIDA BAR NO. 216801
DBM@atkinson-diner.com
JOSE M. SANCHEZ
FLORIDA BAR NO. 0050288
JMS@atkinson-diner.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2010 I served the foregoing Notice via U.S. Mail and E-Mail (as noted), to all counsel of record and *pro se* Defendants identified on the attached Service List.

> MILBANK, TWEED, HADLEY
> & MCCLOY LLP
> *Counsel for Plaintiff*
> 1850 K Street, N.W., Suite 1100
> Washington, D.C. 20006
> Ph: (202) 835-7547
> Fax: (202) 263-7547
> Michael D. Nolan
> MNolan@milbank.com
> Edward G. Baldwin
> EBaldwin@milbank.com
>
> ATKINSON, DINER, STONE,
> MANKUTA & PLOUCHA, P.A.
> *Co-Counsel for Plaintiff*
> 100 S.E. 3rd Avenue, Suite 1400
> Ft. Lauderdale, FL 33394
> Ph: (954) 925-5501
> Fax: (954) 920-2711
>
>   /s/ Jose M. Sanchez
> DAVID B. MANKUTA
> FLORIDA BAR NO. 216801
> DBM@atkinson-diner.com
> JOSE M. SANCHEZ
> FLORIDA BAR NO. 0050288
> JMS@atkinson-diner.com

## SERVICE LIST
Bank of Mongolia vs. M&P Global Financial Services, Inc. et al
CASE NO.08-CV-60623 Dimitrouleas-Rosenbaum
United States District Court, Southern District of Florida

Ronald K. Lantz, Esquire
*Counsel for M&P Global Financial Services, Inc.,*
*M&P Global Financial Services Europe, AG,*
*Burton D. Greenberg and Joel E. Greenberg*
First Professional Building
636 U.S. Highway One, Third Floor
North Palm Beach, Florida 33408
rklesq2@yahoo.com

GT International Holdings, Inc.
c/o Joel E. Greenberg, Esq., as Registered Agent
4300 N. University Drive
Suite D-106
Lauderhill, FL 33351

James R. Halperin
*Pro Se*
6237 San Michel Way
Delray Beach, Florida 33484
vettesfl@comcast.net

Senol Taskin
105 Burloak Drive
Oakville, Ontario L6L 6E8
Canada

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**BANK OF MONGOLIA,**

    **Plaintiff,**

    v.

**M&P GLOBAL FINANCIAL
SERVICES, INC.; M&P GLOBAL
FINANCIAL SERVICES EUROPE, AG;
BURTON D. GREENBERG;
JOEL E. GREENBERG;
STONELEIGH INTERNATIONAL LIMITED;
JAMES R. HALPERIN; AND
GEORGE E. CHALMERS,**

    **Defendants.**

**CASE NO.08-CV-60623**
**Dimitrouleas-Rosenbaum**

---

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, personally appeared JOSE M. SANCHEZ, who, having been first duly sworn upon oath according to law, deposes and says:

1. That I have personal knowledge of the facts to which I attest.

2. I am one of the attorneys from the law firm of Atkinson, Diner, Stone, Mankuta & Ploucha, P.A. ("ADS&M") representing the Plaintiff in this litigation.

3. I submit this Affidavit of Service relating to the Service of Process of a copy of the Summons (DE #149) and Amended Complaint (DE #140) in this action upon Defendant Senol Taskin.

4. A copy of the Summons and Amended Complaint were mailed, via U.S. Registered Mail (Receipt No. RA54 6614 295 US), to Senol Taskin at 105 Burloak Drive, Oakville, Ontario L6L 6E8, Canada, pursuant to the authority of Fed. R. Civ. P. 4(f). See **Exhibit "A."**

5. Pursuant to the U.S. Post Office Confirmation and the corresponding Registered Mail Receipt, the copy of the Summons and Amended Complaint were delivered to Taskin's address listed on the Summons on January 7, 2010. See **Exhibit "B."**

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSE M. SANCHEZ

STATE OF FLORIDA     )
                     ) SS:
COUNTY OF BROWARD    )

SWORN TO and SUBSCRIBED before me this 19th day of February, 2010, by JOSE M. SANCHEZ, Esquire of ATKINSON, DINER, STONE, MANKUTA & PLOUCHA, P.A., who is personally known to me  XX  and did take an oath.



_____
Name:
Notary Public
My Commission Expires:_____
Commission No.:_____

JOANNE P. AMARA
MY COMMISSION # DD 594325
EXPIRES: September 12, 2010
Bonded Thru Notary Public Underwriters




**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA54 6614 295U S**
Class: **First-Class Mail International**
Service(s): **Registered Mail™**
           **Return Receipt**
Status: **Delivered Abroad**

Your item was delivered in CANADA at 11:59 AM on January 7, 2010.

Detailed Results:
- **Delivered Abroad, January 07, 2010, 11:59 am, CANADA**
- **At Foreign Delivery Unit, January 07, 2010, 8:57 am, CANADA**
- **Out of Foreign Customs, January 04, 2010, 8:50 pm, CANADA**
- **Into Foreign Customs, January 04, 2010, 8:02 am, CANADA**
- **Arrived Abroad, January 04, 2010, 8:02 am, CANADA**
- **International Dispatch, December 31, 2009, 8:53 am, ISC NEW YORK NY(USPS)**
- **Arrival**
- **Acceptance, December 28, 2009, 4:13 pm, FORT LAUDERDALE, FL 33303**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**EXHIBIT B**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    1/25/2010

