IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


**BANK OF MONGOLIA,**

    **Plaintiff,**

            **v.**

**M&P GLOBAL FINANCIAL
SERVICES, INC.; M&P GLOBAL
FINANCIAL SERVICES EUROPE, AG;
BURTON D. GREENBERG;
JOEL E. GREENBERG;
STONELEIGH INTERNATIONAL LIMITED;
JAMES R. HALPERIN; AND
GEORGE E. CHALMERS,**

    **Defendants.**

**CASE NO.08-CV-60623
Dimitrouleas-Rosenbaum**

_____

## PLAINTIFF'S MOTION FOR DEFAULT AGAINST
## DEFENDANT, SENOL TASKIN

The Plaintiff, BANK OF MONGOLIA (hereinafter "BOM"), by and through

undersigned counsel, hereby moves for entry of a default by the Clerk against Defendant,

Senol Taskin (hereinafter "Taskin"), for failure to serve any paper on the undersigned or

failure to file any paper as required under Fed. R. Civ. P. 55, and applicable law, and as

grounds state:

    1.     An Amended Complaint was filed adding Taskin as a Defendant on

December 11, 2009 (DE #140) and a corresponding Summons was issued on December

28, 2009 (DE #149). A copy of the Summons is attached hereto as Exhibit "A."

    2.     A copy of the Summons and Amended Complaint was served upon

Taskin, via Registered Mail, pursuant to Fed. R. Civ. P. 4(f), on January 7, 2010. A copy

of the Registered Mail Receipt and U.S. Post Office Confirmation, along with the

affidavit of service filed with the Notice of Filing on February 19, 2010 is attached hereto as Composite Exhibit "B."

       3.     Taskin's deadline to answer the Amended Complaint or otherwise respond to it was January 27, 2010.  As of this date, no paper or response has been served or filed by Taskin in this action.

       WHEREFORE, the Plaintiff, BOM, respectfully requests the entry of Default by the Clerk against Defendant Taskin, and any other relief the Court deems just and proper.

Dated: February 19, 2010

> MILBANK, TWEED, HADLEY,
> & MCCLOY LLP
> Counsel for Plaintiff
> 1850 K Street, N.W.,
> Suite 1100
> Washington, D.C. 20006
> Ph:  (202) 835-7547
> Fax: (202) 263-7547
> Michael D. Nolan
> MNolan@milbank.com
> Edward G. Baldwin
> EBaldwin@milbank.com
>
>
> ATKINSON, DINER, STONE
> MANKUTA & PLOUCHA, P.A.
> Co-Counsel for Plaintiff
> 100 S.E. 3rd Avenue, Suite 1400
> Ft. Lauderdale, FL  33394
> Ph:  (954) 925-5501
> Fax: (954) 920-2711
>
>
>   /s/ Jose M. Sanchez
> DAVID B. MANKUTA
> FLORIDA BAR NO. 216801
> DBM@atkinson-diner.com
> JOSE M. SANCHEZ
> FLORIDA BAR NO. 0050288
> JMS@atkinson-diner.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2010 I served the foregoing Motion via U.S. Mail and E-Mail (as noted), to all counsel of record and *pro se* Defendants identified on the attached Service List.

MILBANK, TWEED, HADLEY
& MCCLOY LLP
*Counsel for Plaintiff*
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Ph:  (202) 835-7547
Fax: (202) 263-7547
Michael D. Nolan
MNolan@milbank.com
Edward G. Baldwin
EBaldwin@milbank.com

ATKINSON, DINER, STONE,
MANKUTA & PLOUCHA, P.A.
*Co-Counsel for Plaintiff*
100 S.E. 3rd Avenue, Suite 1400
Ft. Lauderdale, FL  33394
Ph:  (954) 925-5501
Fax: (954) 920-2711


  _/s/ Jose M. Sanchez_____
DAVID B. MANKUTA
FLORIDA BAR NO. 216801
DBM@atkinson-diner.com
JOSE M. SANCHEZ
FLORIDA BAR NO. 0050288
JMS@atkinson-diner.com

3

## SERVICE LIST

Bank of Mongolia vs. M&P Global Financial Services, Inc. et al
CASE NO.08-CV-60623 Dimitrouleas-Rosenbaum
United States District Court, Southern District of Florida


Ronald K. Lantz, Esquire
*Counsel for M&P Global Financial Services, Inc.,*
*M&P Global Financial Services Europe, AG,*
*Burton D. Greenberg and Joel E. Greenberg*
First Professional Building
636 U.S. Highway One, Third Floor
North Palm Beach, Florida 33408
rklesq2@yahoo.com

GT International Holdings, Inc.
c/o Joel E. Greenberg, Esq., as Registered Agent
4300 N. University Drive
Suite D-106
Lauderhill, FL 33351

James R. Halperin
*Pro Se*
6237 San Michel Way
Delray Beach, Florida 33484
vettesfl@comcast.net

Senol Taskin
105 Burloak Drive
Oakville, Ontario L6L 6E8
Canada

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BANK OF MONGOLIA,                              )
                                               )
      Plaintiff,                          )
                                               )
      v.                                  )    CASE NO. 08-CV-60623
                                               )    Dimitrouleas - Snow
M&P GLOBAL FINANCIAL                           )
SERVICES, INC., M&P GLOBAL                     )
FINANCIAL SERVICES EUROPE, AG,                 )
GT INTERNATIONAL HOLDINGS, INC.                )
BURTON D. GREENBERG,                           )
JOEL E. GREENBERG, SENOL TASKIN,               )
AND JAMES R. HALPERIN                          )
                                               )
      Defendants.                         )
_____)

## SUMMONS

To:    SENOL TASKIN
       105 Burloak Drive
       Oakville, Ontario L6L 6E8
       Canada

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon David B. Mankuta, Esquire Atkinson, Diner, Stone, Mankuta & Ploucha, P.A., One Financial Plaza, Suite 1400, 100 S.E. 3rd Avenue, Fort Lauderdale, FL 33394 an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

      WITNESS my hand and the Seal of said Court this 28 day of December, 2009.

                              STEVEN M. LARIMORE
                              As Clerk of said Court

                              By: _____
                                  Deputy Clerk

**EXHIBIT**

**A**

Case 0:08-cv-60623-WPD   Document 163   Entered on FLSD Docket 02/19/2010   Page 6 of 7
USPS - Track & Confirm                                                              Page 1 of 1

 **UNITED STATES POSTAL SERVICE**

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA54 6614 295U S**
Class: **First-Class Mail International**
Service(s): **Registered Mail™**
              **Return Receipt**
Status: **Delivered Abroad**

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Your item was delivered in CANADA at 11:59 AM on January 7, 2010.

Detailed Results:

- **Delivered Abroad, January 07, 2010, 11:59 am, CANADA**
- **At Foreign Delivery Unit, January 07, 2010, 8:57 am, CANADA**
- **Out of Foreign Customs, January 04, 2010, 8:50 pm, CANADA**
- **Into Foreign Customs, January 04, 2010, 8:02 am, CANADA**
- **Arrived Abroad, January 04, 2010, 8:02 am, CANADA**
- **International Dispatch, December 31, 2009, 8:53 am, ISC NEW YORK NY(USPS)**
- **Arrival**
- **Acceptance, December 28, 2009, 4:13 pm, FORT LAUDERDALE, FL 33303**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



EXHIBIT COMPOSITE B



Registered No. RA546614295US

Date Stamp

To Be Completed By Post Office

| Reg. Fee | $11.50 | | | 0252 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 | 05 |
| Postage | $7.75 | Restricted Delivery | $0.00 | 12/28/09 |
| Received by | | | | |

Customer Must Declare Full Value $   $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
DAVID MANKUTA, ESQ.
Atkinson Diner Stone, et al
ONE Financial Plaza, Ste. 1400
FT. Lauderdale FL 33394

TO
SENOL TASKIN
105 Burloak Drive
Oakville, Ontario L6L 6E8
CANADA

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®