UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60623-CIV-DIMITROULEAS

BANK OF MONGOLIA,

    Plaintiff,

v.

M&P GLOBAL FINANCIAL SERVICES,
INC., M&P GLOBAL FINANCIAL
SERVICES EUROPE, AG, GT
INTERNATIONAL HOLDINGS, INC.,
BURTON D. GREENBERG, SUZANNE
GREENBERG, JOEL E. GREENBERG,
JAMES R. HALPERIN,

    Defendants.
_____/

**ORDER DIRECTING PLAINTIFF'S RESPONSE**

    This matter comes before the Court upon Plaintiff's Notice of Filing Affidavits of Fees and Costs and Supporting Documents Pursuant to the Court's Order of December 22, 2009 ("Notice for Fees"). D.E. 157. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

    By prior Order dated December 22, 2009 [*see* D.E. 148], the Court granted Plaintiff all reasonable fees and expenses regarding (1) the "forensic examination of the M&P Defendant's documents,"[1] beginning on April 20, 2009, and ending on October 13, 2009 [*see* D.E. 126, Plaintiff's Motion for Appropriate Sanctions], and (2) "the filing of [the November 24, 2009] . . . Motion to

---

[1] As of the Court's December 22, 2009, Order, the term the "M&P Defendants" referred to Defendants M&P Global Financial Services, Inc., M&P Global Financial Services Europe, AG, Burton D. Greenberg, and Joel E. Greenberg. *See* D.E. 148 at 1.

Compel," [*see* D.E.129, Plaintiff's Motion for Order Compelling the Production of Further Documents]. *See* D.E. 148 at 5, 12, 17. With regard to those issues for which the Court granted Plaintiff reasonable fees, the Court directed that Plaintiff submit all documentation to support Plaintiff's request for fees. D.E. 148 at 12, 17. In response to the Court's December 22, 2009, Order, Plaintiff filed the pending Notice for Fees before the Court. D.E. 157.

In review of Plaintiff's Notice for Fees, the Court finds that Plaintiff has not complied with all requirements set forth in Local Rule 7.3(B), S.D. Fla.[2] Local Rule 7.3(B) states, in relevant part, that Plaintiff's Notice for Fees,

> must: (i) specify the statute, rule, or other grounds entitling the moving party to the award; (ii) must state the amount or provide a fair estimate of the amount sought; (iii) shall disclose the terms of any agreement with respect to fees to be paid for the services for which the claim is made; (iv) shall describe in detail the number of hours reasonably expended, the bases for those hours, the hourly rates(s) charged, and identity of the timekeeper(s); (v) shall describe in detail all reimbursable expenses; (vi) shall be verified; and (vii) shall be supported by an affidavit of an expert witness.

*Id.*

To comply with this standard, the Court finds that Plaintiff must provide more detailed information to the Court. This will allow the Court to make a determination regarding the reasonable attorney's fees sought by Plaintiff. Plaintiff shall provide the Court with the following information **by Tuesday, April 20, 2009, at 5:00 p.m.**:

a.   *All* billing records regarding the hours sought by Plaintiff;

---

[2] The Court notes that while Plaintiff filed a Notice for Fees and not a motion, the same requirements apply to Plaintiff's Notice for Fees.

    b.    Identification by Plaintiff of the specific entries in the billing records in which Plaintiff seeks attorney's fees;

    c.    Identification by Plaintiff of the subject area or areas for each billing entry in which Plaintiff asserts entitlement to fees under the Court's December 22, 2009, Order;

    d.    The full names, firm name, number of years in practice, and expertise level of each attorney for whom Plaintiff seeks attorney's fees;

    e.    The hourly rates for each attorney for whom Plaintiff seeks attorney's fees; and

    f.    An affidavit from Plaintiff's expert witness regarding the total amount of attorney's fees that sets forth the background and expertise of the expert witness, and the basis for the expert witness's opinion regarding the reasonableness of the amount Plaintiff seeks in attorney's fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of April, 2010.

*/s/ Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc: The Honorable William P. Dimitrouleas
Counsel of Record

3