UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60623-DIMITROULEAS

Magistrate Judge Snow

BANK OF MONGOLIA,

       Plaintiff,

v.

M&P GLOBAL FINANCIAL SERVICES, et al.,

       Defendants.
_____/

### ORDER GRANTING DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment Against Defendant, Senol Taskin [DE-186], filed herein on March 19, 2010.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On February 23, 2010, the clerk entered a default against Defendant Senol Taskin for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  [DE-164].  Thereafter, on March 19, 2010, Plaintiff filed the instant Motion [DE-186] seeking a final default judgment against Defendant Senol Taskin.  On April 6, 2010, the Court issued an Order to Show [DE-217], requiring Defendant Senol Taskin to file a Response to the instant Motion on or before April 16, 2010.  No response has been timely filed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Judgment Against Defendant, Senol Taskin [DE-186] is hereby **GRANTED**.  In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of April, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Senol Taskin
105 Burloak Drive
Oakville, Ontario L6L 6E8
Canada