UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60623-DIMITROULEAS

Magistrate Judge Snow

BANK OF MONGOLIA,

       Plaintiff,

v.

M&P GLOBAL FINANCIAL SERVICES, et al.,

       Defendants.
_____/

**FINAL JUDGMENT; REFERRING MATTER**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment Against Defendant, Senol Taskin [DE-186], filed herein on March 19, 2010.  The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Judgment Against Defendant, Senol Taskin [DE-186] is hereby **GRANTED**;

2. Judgement is hereby entered against Defendant Senol Taskin in favor of Plaintiff Bank of Mongolia in treble damages for its general and special compensatory damages, as to Counts I and II of the Amended Complaint, plus pre-judgment and post-judgment interest, reasonable attorneys' fees and costs;

3. Judgement is hereby entered against Defendant Senol Taskin in favor of Plaintiff Bank of Mongolia for unspecified damages as to Counts IV to XIV of the Amended Complaint, plus pre-judgment and post-judgment interest, reasonable attorneys' fees and costs;

4. Plaintiff shall submit affidavits of proof as to damages on or before May 3, 2010;

5. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby **REFERRED** to United States Magistrate Judge Lurana S. Snow for an evidentiary hearing on the amount of damages and for appropriate disposition or report and recommendation;

6. The Court reserves jurisdiction to award Plaintiff its reasonable attorneys' fees and costs incurred in connection with bringing and prosecuting this action against Defendant, as well as in enforcing this Default Judgement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of April, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Senol Taskin
105 Burloak Drive
Oakville, Ontario L6L 6E8
Canada