UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-60623-DIMITROULEAS/SNOW

BANK OF MONGOLIA,

    Plaintiff,

v.

M&P GLOBAL FINANCIAL SERVICES, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEAL

The defendant, Senol Taskin, by and through undersigned counsel, appeals to the United States Court of Appeals for the Eleventh Circuit the Court's November 16, 2011 Order Adopting and Approving the Report and Recommendation and Denying the Motion for Relief from Final Default Judgment. [D.E. 443.] The nature of the Order is a final determination of the defendant Taskin's rights in the above-referenced case, and is therefore a final order subject to appeal.

    Respectfully submitted,

    Polenberg Cooper, P.A.
    1351 Sawgrass Corporate Parkway
    Suite 101
    Fort Lauderdale, FL 33323
    (954) 742-9995 (T)
    (954) 742-9971 (F)

    By: */s Jon Polenberg* _____
        Jon Polenberg (FBN 653306)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this 15th day of December, 2011 on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Jon Polenberg*
Jon Polenberg

David B. Mankuta, Esq.
Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.
100 SE 3rd Avenue, Suite 1400
Fort Lauderdale, FL 33394

Jose M. Sanchez, Esq.
Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.
100 SE 3rd Avenue, Suite 1400
Fort Lauderdale, FL 33394

Ronald K. Lantz, Esq.
First Professional Building
636 U.S. Highway 1, Third Floor
North Palm Beach, FL 33408