# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

FILED by A.H D.C.
JAN 10 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Date: December 16, 2011

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

IN RE:  District Court No.: 08-CV-60623-WPD        U.S.C.A. No.: 11-16044-C

Style: BANK OF MAGNOLIA v. M&P GLOBAL FINANCIAL SERVICES, INC., et al.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: YES |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings; _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| | There was no hearing from which a transcript could be made. |
| X | Copy of ORDER DENYING DEFENDANT TASKIN'S MOTION FOR RELIEF FROM FINAL DEFAULT JUDGMENT enclosed. |
| | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid   NO |
| | Date paid _____   Receipt No. _____ |
| | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is: WILLIAM P. DIMITROULEAS |
| X | The Court Reporter(s): ROBERT RYCKOFF |
| | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
Deputy Clerk

c:  court file

☒ 400 N. Miami Avenue
Miami, FL 33128
305-523-5100

☐ 299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐ 701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐ 301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐ 300 South Sixth Street
Ft. Pierce, FL 34950
561-595-9691